# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1156. DAVID EDWARD OLES v. AMERICAN COURT REPORTING COMPANY, INC.

In this action to recover unpaid invoice balances, David Edward Oles seeks to directly appeal the trial court's order granting American Court Reporting Company, Inc.'s ("American") motion for summary judgment and awarding it $2,480.35 in principal and $2,223.65 in pre-judgment interest. American has filed a motion to dismiss the appeal, contending we lack jurisdiction. We agree.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992); see also OCGA § 5-6-35(a)(6). As the specific amounts set forth in the judgment in favor of American total less than $10,000, the entry of summary judgment provides no basis for a direct appeal, see *Ca-Shar, Inc.*, 204 Ga. App. at 865–66, and Oles's failure to follow the discretionary appeal procedure deprives us of jurisdiction. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

Accordingly, American's motion to dismiss is GRANTED, and Oles's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __07/28/2026_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*